## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**INTERNATIONAL UNION, UNITED**
**AUTOMOBILE, AEROSPACE AND**
**AGRICULTURAL IMPLEMENT WORKERS**
**OF AMERICA, ITS LOCAL 1766, and**
**RANCE CASTELLANI,**

     **Plaintiffs,**

    **v.**

**MERIDIAN AUTOMOTIVE SYSTEMS–**
**COMPOSITES OPERATIONS, INC.,**

    **Defendant.**                      **No. 03-CV-0494-DRH**

### ORDER

**HERNDON, District Judge:**

       On May 4, 2005, Defendant Meridian Automotive Systems- Composites Operations, Inc., notified the Court that it filed a voluntary bankruptcy petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware on April 26, 2005 (Doc. 92). Pursuant to the automatic stay provision of **11 U.S.C. § 362(a)** of the Bankruptcy Code, this action is **STAYED**. The Court **DIRECTS** the parties to inform the Court once the bankruptcy proceedings are completed. Further, the Court **CANCELS** the telephone

status conference set for May 5, 2005.

**IT IS SO ORDERED.**

Signed this 5th day of May, 2005.

/s/   David RHerndon
**United States District Judge**