IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA, ITS LOCAL 1766, and
RANCE CASTELLANI,

Plaintiffs,

v.

MERIDIAN AUTOMOTIVE SYSTEMS–
COMPOSITES OPERATIONS, INC.,

Defendant.                                          No. 03-CV-0494-DRH

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court for case management. On May 29, 2007, Plaintiffs filed a status report (Doc. 98) in response to the Court's April 26, 2007 Notice (Doc. 97). Plaintiffs' status report indicates that the Meridian has reorganized, however, the process of paying unsecured claims has not begun. Plaintiffs suggest that the Court continue the stay and set this case for status in 180 days. In light of the circumstances, the Court continues the stay in this matter. The parties shall advise the Court in writing on or before November 30, 2007 the status of this case.

**IT IS SO ORDERED.**

Signed this 30th day of May, 2007.

/s/     David    RHerndon
**United States District Judge**