IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**INTERNATIONAL UNION, et al.,**

**Plaintiffs,**

**v.**

**MERIDIAN AUTOMOTIVE SYSTEMS–
COMPOSITES OPERATIONS, INC.,**

**Defendant.**                                          No. 03-CV-0494-DRH

## ORDER

**HERNDON, Chief Judge:**

      This matter comes before the Court for case management. On January 23, 2008, Plaintiffs filed a status report (Doc. 101) in response to the Court's January 14, 2008 Notice (Doc. 114). Plaintiffs' status report indicates that the claims of the Plaintiffs are still pending before the Bankruptcy Court and that Plaintiffs expect that the claims will be resolved in the next six months. Plaintiffs suggest that the Court continue the stay and set a new status date of June 30, 2008. In light of the circumstances, the Court continues the stay in this matter. The parties shall advise the Court in writing on or before June 30, 2008 of the status of this case.

      **IT IS SO ORDERED.**

      Signed this 24th day of January, 2008.

      /s/    DavidRHerndon
      **Chief Judge**
      **United States District Court**